MATT DION & ASSOCIATES
**MATTHEW L. DION, ESQ.**
Nevada State Bar No: 5282
275 Hill Street, Suite 248
Reno, Nevada 89501
Telephone: (775) 737-4500
Facsimile: (775) 737-4510
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem For JOANN DOE I, a minor, individually, JOHN and JANE DOE II, Guardians Ad Litem For JOANN DOE II, a minor, individually, and JANE DOE III, Guardian Ad Litem for JOANN DOE III, a minor, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a political subdivision of the State of Nevada; DOES 1-10,<br><br>Defendant. | CASE NO.: 3:18-cv-00538-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT CARSON CITY'S MOTION TO DISMISS (First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Counsel for Plaintiffs, JOANN DOE I, JOANN DOE II, and JOANN DOE III, and Counsel for Defendant, CARSON CITY, to extend the deadline for Plaintiff to file a Response to Defendant's Motion To Dismiss by 14 days. Defendant's original deadline to file an Opposition is **January 1, 2019 and has been agreed by the parties to extend the deadline to January 15, 2019.**

Said request is made due to the fact, Counsel for the Plaintiffs' will be out of the office from December 24, 2019 through January 1, 2019.

....

....

....

....

There is currently no scheduled trial date or motions pending.

DATED this 20th day of December, 2018.

_____          _____/S/_____
MATTHEW L. DION, ESQ.                       KENT R. ROBINSON, ESQ.
Matt Dion & Associates, LLC.                Robinson, Sharp, Sullivan & Brust,
275 Hill Street, Suite 248                  A Professional Corporation
Reno, NV 89501                              75 Washington Street
*Attorney for Plaintiffs*                   Reno, NV 89503
                                            *Attorney for Defendant*

## ORDER

IT IS SO ORDERED that the deadline for Plaintiffs to file an Opposition to Defendant's Motion to Dismiss shall be extended as agreed to by the parties herein and the new deadline to respond has been extended to the 15th day of Janaury 2019.

DATED this 20th day of December, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

_____
Matthew L. Dion, Esq.
Nevada Bar No.5282
275 Hill Street, Suite 248
Reno, Nevada 89501