KENT R. ROBISON, ESQ. (NSB # 1167)
krobison@rssblaw.com
THERESE M. SHANKS, ESQ. (NSB #12890)
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
*Attorneys for Defendant Carson City*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually, JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually, and JANE DOE III, Guardian Ad Litem for JOANN DOE III, a minor, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON CITY, a political subdivision of the State of Nevada; DOES 1-10,<br><br>Defendants. | CASE NO.: 3:18-cv-00538-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO DISCOVERY** |

Due to the complexities involved in this case involving minor children, the parties do hereby stipulate and agree that the Defendant, Carson City, may have an open extension in which to respond to Plaintiffs' March 11, 2019, outstanding First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admission.

The parties agree that this extension is appropriate because the Defendant is presently unaware of the identity of the minor children involved in the alleged incidents described in the Complaint on file herein. Those identities and the identities of the parents of the alleged victims cannot be disclosed until such time as the parties have submitted a stipulated nondisclosure agreement for the Court's approval. The parties are in the final stages of approving the language for a Stipulated Protective Order Governing the Confidential Information and Documents of Minors.

IT IS SO STIPULATED.

DATED this 22nd day of April, 2019.

MATT DION & ASSOCIATES

/s/ *Matthew L. Dion*
Matthew L. Dion, Esq.
Nevada Bar No. 5282
275 Hill Street, Suite 248
Reno, Nevada 89501
Telephone: (775) 737-4500
Facsimile: (775) 737-4510
Email: mdion@mattdionlawa.com

WORK LAW LLC
Matthew A. Work, Esq.
Nevada Bar No. 13623
226 Hill Street
Reno, Nevada 89501
Telephone: (775) 386-2226
Email: work@workatlaw.com

DYER LAWRENCE, LLP
Casey A. Gillham, Esq.
Nevada Bar No. 11971
2805 Mountain Street
Carson City, Nevada 89703
Telephone: (775) 885-1896
Email: cgillham@dyerlawrence.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED this 22nd day of April, 2019.

ROBISON, SHARP, SULLIVAN & BURST

Kent R. Robison, Esq.
Nevada Bar No. 1167
Therese M. Shanks, Esq.
Nevada Bar No. 12890
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: krobison@rssblaw.com
tshanks@rssblaw.com
*Attorneys for Defendant Carson City*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

April 24, 2019
DATED

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151