# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually, JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually, and JANE DOE III, Guardian Ad Litem for JOANN DOE III, a minor, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON CITY, a political subdivision of the State of Nevada; DOES 1-10,<br><br>Defendants. | CASE NO.: 3:18-cv-00538-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiffs, JOHN and JANE DOE I, Guardians Ad Litem for JOANN DOE I, a minor, individually, JOHN and JANE DOE II, Guardians Ad Litem for JOANN DOE II, a minor, individually, and JANE DOE III, Guardian Ad Litem for JOANN DOE III, a minor, individually, by and through their attorneys of record, Matthew L. Dion, Esq., MATT DION & ASSOCIATES, and Matthew A. Work, Esq., WORK LAW LLC, and Defendant, CARSON CITY, by and through its attorneys of record, Kent R. Robison, Esq. and Therese M. Shanks, Esq., ROBISON, SHARP, SULLIVAN & BRUST, that this matter be dismissed in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

///

///

DATED this 17th day of March, 2020.　　　　DATED this ___ day of March, 2020.

MATT DION & ASSOCIATES　　　　　　　　　ROBISON, SHARP, SULLIVAN & BURST

_____　　　　_____
Matthew L. Dion, Esq.　　　　　　　　　　　Kent R. Robison, Esq.
Nevada Bar No. 5282　　　　　　　　　　　　Nevada Bar No. 1167
275 Hill Street, Suite 248　　　　　　　　　　Therese M. Shanks, Esq.
Reno, Nevada 89501　　　　　　　　　　　　Nevada Bar No. 12890
Telephone: (775) 737-4500　　　　　　　　　71 Washington Street
Facsimile: (775) 737-4510　　　　　　　　　Reno, Nevada 89503
Email: mdion@mattdionlawa.com　　　　　　Telephone: (775) 329-3151
　　　　　　　　　　　　　　　　　　　　　Facsimile: (775) 329-7169
WORK LAW LLC　　　　　　　　　　　　　Email: krobison@rssblaw.com
Matthew A. Work, Esq.　　　　　　　　　　　　　　tshanks@rssblaw.com
Nevada Bar No. 13623　　　　　　　　　　　*Attorneys for Defendant Carson City*
226 Hill Street
Reno, Nevada 89501
Telephone: (775) 386-2226
Email: work@workatlaw.com
*Attorneys for Plaintiffs*

## ORDER

IT IS HEREBY ORDERED that this matter be dismissed, with prejudice, the parties to bear their own costs and attorneys' fees.

DATED this 20th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2